UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH OLIVER OWENS,

        Plaintiff,

   v.

CITY OF MENLO PARK POLICE DEPARTMENT,

        Defendant.

Case No. 16-cv-03638-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 2

This case was opened when plaintiff submitted a civil complaint cover letter to the Court. In an effort to protect his rights, it was filed as a new case. Plaintiff was advised that he needed to file a formal complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

More than twenty-eight days has passed and while plaintiff has submitted a complaint, he has not paid the filing fee or filed an application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice and the incomplete motion to proceed IFP (Docket No. 2) is **DENIED**. No fee is due. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 30, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH OLIVER OWENS,

    Plaintiff,

    v.

CITY OF MENLO PARK POLICE DEPARTMENT,

    Defendant.

Case No. 16-cv-03638-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Oliver Owens ID: Prisoner Id 290606
Maguire Correctional Facility
300 Bradford Street
Redwood City, CA 94063

Dated: August 30, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO